RECEIVED BY MAIL
MAR 0 2 2021
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

Dennis D. Linehan
1111 Hwy 73
Moose Lake, MN 55767

February 26, 2021

Clerk of Court for U.S. District Court
708 Federal Building
316 North Robert Street
St. Paul, MN 55101

RE:   Civil Case No: 20-cv-02395-SRN-LIB

Dear Clerk;

    I am interested in knowing the status of the above cited civil case. Is there some part of the process that I have not completed? If so, please inform me so that I may proceed. Thank you.

Sincerely;

*[signature]*
Dennis D. Linehan

SCANNED
MAR 0 2 2021
U.S. DISTRICT COURT ST. PAUL