RECEIVED BY MAIL
MAR 17 2021
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

UNITED STATES DISTRICT COURT
for the
DISTRICT OF MINNESOTA
CIVIL CASE NO: 20-cv-02395-SRN-LIB

Dennis D. Linehan )
    *Petitioner, Pro Se* )
v. )
  )
**John and Jane Does of:** )
  Attorney General's Office; )
  Stillwater Prison Warden; )
  Department of Human Services; )
  Department of Corrections; )
  Governors' Office; )
  Ramsey County Prosecutors; )
**Amanda B. Powers**, Psy.D. )
Et. Al., )
                               Honorable Magistrate Judge Leo I. Brisbois

> **Motion to Accept Petitioner's Objection to Magistrate Judge Brisbois' Report and Recommendation**

Petitioner Attorney:

Dennis D. Linehan, *pro se*

1111 Hwy 73,

Moose Lake, MN 55767,

Defendant Attorney:

Keith Ellison

Minnesota Attorney General

445 Minnesota Street, Suite 1800

Saint Paul, MN 55101

    Petitioner moves to have this court reexamine Magistrate Judge Brisbois' Report and Recommendation, of the above listed case,

*Pursuant to 28 U.S.C. 1746, I, Dennis D. Linehan, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and ability.*

Dated: March 15, 2021

                                         *[signature]*
                                         Dennis D. Linehan, Pro Se
                                         1111 Hwy 73
                                         Moose Lake, MN 55767
                                         (218)351-1900 (15 sec. message)

SCANNED
MAR 17 2021
U.S. DISTRICT COURT ST. PAUL