# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Dennis D. Linehan | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 20-cv-2395 SRN/LIB |
| Attorney General's Office, Stillwater Prison Warden, Department of Human Services, Department of Corrections, Governors' Office, Ramsey County Prosecutors, Amanda B. Powers | |
| Defendants. | |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff's Motion to Accept Petitioner's Objection to Magistrate Judge Brisbois' Report and Recommendation [Doc. No. 9] is **GRANTED** to the extent it requests the Court to consider his objections and is **DENIED** to the extent it requests the Court to sustain his objections;

2. Plaintiff's objections [Doc. No. 8] to the Report and Recommendation are **OVERRULED**;

3. The Court **ADOPTS** the Magistrate Judge's Report and Recommendation [Doc. No. 7] in its entirety;

4. This matter is **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim; and

5. Plaintiff's application to proceed *in forma pauperis* [Doc. No. 2] is **DENIED AS MOOT**.

Date: 6/16/2021                                                                                      KATE M. FOGARTY, CLERK